1

1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2                      FORT LAUDERDALE DIVISION
                     Case No.  11-60121-CR-WPD
3

4    UNITED STATES OF AMERICA,     )
                                   )
5                    Plaintiff,    )
                                   )
6            -v-                    )
                                   )
7    LASCHELL HARRIS,              )
                                   )  Fort Lauderdale, Florida
8                    Defendant.    )  November 16, 2011
                                   )  1:19 p.m.
9

10                      TRANSCRIPT OF SENTENCE

11          BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

12                        U.S. DISTRICT JUDGE

13   APPEARANCES:

14   For the Plaintiff:      THOMAS FRANZINGER, ESQ.
                             U.S. Department Of Justice
15                           Criminal Division
                             1400 New York Avenue NW
16                            Washington, D.C. 20005

17

18   For the Defendant:      ERIC M. COHEN, ESQ.
                             2937 S.W. 27th Avenue
                             Suite 202
19                           Miami, Florida 33133

20
     Reported By:            ROBERT A. RYCKOFF
21                           Official Court Reporter
                             299 East Broward Boulevard
22                           Fort Lauderdale, Florida 33301

23

24

25

2

1       (Call to order of the Court.)

2             THE COURT:  Please be seated.

3             United States versus Laschell Harris.

4             If counsel would announce their appearances for the

5   record.

6             MR. FRANZINGER:  Your Honor, for the Government,

7   Thomas Franzinger, Department Of Justice, trial attorney.

8             MR. COHEN:  Good afternoon, Judge.

9             Eric Cohen on behalf of Ms. Harris who is present

10  before the Court.

11            THE COURT:  All right.  Ms. Harris is before the Court

12  having pled guilty to sex trafficking of a minor.

13            I adjudicated her guilty, deferred sentencing, ordered

14  a Presentence Investigation Report that I have received and

15  reviewed.

16            Have counsel had an opportunity to review the

17  Presentence Investigation Report?

18            Mr. Franzinger?

19            MR. FRANZINGER:  Yes, Your Honor.

20            THE COURT:  Mr. Cohen?

21            MR. COHEN:  Yes, Judge.

22            THE COURT:  Ms. Harris, have you read the Presentence

23  Investigation Report and discussed it with your lawyer?

24            THE DEFENDANT:  Yes.

25            THE COURT:  Any objections to the Presentence

3

1    Investigation Report from the Government?

2              MR. FRANZINGER:  None from the Government, Your Honor.

3              THE COURT:  And Mr. Cohen?

4              MR. COHEN:  Yes, Judge.  We filed objections to three

5    of the provisions, one of which I think has been resolved.

6              Would the Court prefer me to speak from the podium?

7              THE COURT:  Okay.

8              MR. COHEN:  Judge, for each of the four females

9    delineated in the PSI, there are two proposed enhancements that

10   we are objecting to.  One is stated at paragraphs 44, 51, 58

11   and 65, and that has to do with whether or not a participant

12   was otherwise unduly influenced to engage in the acts.

13             And essentially what --

14             THE COURT:  Let me interrupt you.

15             The Government agrees with you on not scoring that, is

16   that correct?

17             MR. FRANZINGER:  That's correct, Your Honor.

18             THE COURT:  All right.  So I think it's a close issue.

19   I will err on the side of going along with the Government's

20   position on the case and sustain that objection.

21             MR. COHEN:  The second objection we filed in our first

22   submission had to do with the number of victims.  And I think

23   the Probation Office has now amended the probation -- I am

24   sorry the -- the PSI to reflect its agreement with our

25   position.  So I think that's a resolved issue.

4

```
 1              The final objection was in our supplemental objections
 2    concerning role in the offense.  Again, the PSI is suggesting a
 3    two-level enhancement for role in the offense.  We are
 4    objecting to that.  I believe the Government is again in
 5    agreement with our position.  If the Court would like argument,
 6    I would certainly --
 7              THE COURT:  Mr. Franzinger.
 8              MR. FRANZINGER:  Mr. Cohen is correct.  He stated the
 9    Government's position.
10              THE COURT:  So I will sustain that objection.
11              MR. COHEN:  That's all we have, Judge.
12              Thank you.
13              THE COURT:  So what do our guidelines come out with
14    those two objections being sustained?
15              MR. COHEN:  Judge, our calculation -- and I am sure if
16    I am incorrect somebody will call me on it -- with the offense
17    level of 33 and with a criminal history category of 1 with a
18    guideline range of 135 to 168 months.
19              THE COURT:  Mr. Franzinger.
20              MR. FRANZINGER:  That's the Government's understanding
21    as well, Your Honor.
22              THE COURT:  Okay.
23              Any legal cause to show why sentence should not be
24    imposed?
25              MR. COHEN:  No, sir.
```

5

1          THE COURT:  Anything you want to say, Ms. Harris,

2   before I impose sentence?

3          THE DEFENDANT:  No, sir.

4          THE COURT:  Anything further before I impose sentence?

5          MR. COHEN:  Yes, Judge.

6          In terms of where in the guideline range or even

7   whether the Court would consider a sentence outside the

8   guideline range, we have submitted to the Court an evaluation

9   by Dr. Heather Holmes.  I am sure the Court has had an

10  opportunity to review it.

11         You would think in a situation like this that somebody

12  who themselves has been a victim of sexual abuse would be

13  sensitive from what was happening to the girls and would

14  intervene.  But I think it's clear from Dr. Holmes' report that

15  Ms. Harris was neither mentally, nor emotionally equipped to

16  stand up to Mr. Mozie in this case.  And to the contrary,

17  because of her dependent personality, which is indicative of

18  the test that Dr. Holmes conducted, not only did she tolerate

19  the behavior, but unfortunately she participated in it.  And,

20  of course, she has accepted responsibility for her

21  participation.

22         Her dependence on Mr. Mozie is not surprising.  We

23  begin with a young woman with a low IQ and a learning

24  disability.  At some point she becomes bipolar.  At about ten

25  or eleven years old she begins to abuse alcohol and marijuana.

6

1    And about the same time she is sexually abused over a two-year

2    period.  And according to Dr. Holmes' report, sexual abuse

3    often erodes somebody's own boundaries in terms of what's

4    appropriate and what's not an appropriate.  She was afraid to

5    report the abuse.  Because of her other condition she was

6    afraid she would not be believed. And this is the first

7    indication of her submissiveness to men.

8           She dropped out of school in the ninth grade.

9           She stopped her medication not too long afterwards.

10          She first married when she as 18 years old to a much

11   older man who as controlling and abused her physically.

12          Her next marriage she is 21.  She is again physically

13   abused.  And that is indicative of the erosion of her

14   interpersonal boundaries (phonetic).  She agrees to live in the

15   house with her husband's second wife.  And although she

16   pacifies or describes her husband as scary, she stays with him

17   for love.  She eventually weans herself from him, comes to

18   Miami where she is diagnosed with lupus, which only intensifies

19   her dependence because of her medical condition.

20          She meets Mr. Mozie, who he is warned against even by

21   her own daughter, but she doesn't do anything because of her

22   need for -- to be dependent on somebody.

23          And in that respect the Court doesn't even have to

24   rely on Ms. Harris' own reporting.  In the PSI M.J., one of the

25   juveniles in this case, indicates that Ms. Harris did not like

7

1   the business being operated in the house, but did it because

2   she feared Mr. Mozie.

3          Two of the criteria of dependent personality disorder,

4   I think, are certainly appropriate or pertain to this case.

5   One is that a person has a difficulty expressing disagreement

6   with others because of the fear of loss of support or

7   approval.

8          And the next goes to excessive lengths to obtain

9   nuturants and support from others to the point of volunteering

10  to do things that are unpleasant.  I think that's where we are

11  with Ms. Harris' situation.

12         Again, she acknowledges that what she did was wrong.

13  She is not trying to avoid any blame or responsibility for what

14  she did.  But unfortunately she was in a position where not

15  that she couldn't say no, but because of her personality she

16  chose not to say no.

17         And because of those considerations, Judge, and those

18  issues and the history that brought us to this point today and

19  the obvious concern that she has for her family and the concern

20  that her family has for her, two of her children wrote

21  letters.  She has a good amount of her family in the courtroom

22  today, including her sister who flew here from Philadelphia.

23         We would ask the Court that if not a variance based on

24  that substantial history of emotional condition -- and we have

25  not asked for a departure.  We are just asking that the Court

8

```
 1   consider this pursuant to 3553(a), that the Judge -- that the
 2   Court impose a sentence at the very bottom of the guideline
 3   range.
 4            THE COURT:  Anything further before I impose
 5   sentence?
 6            MR. COHEN:  No.
 7            Thank you, sir.
 8            THE COURT:  Anything further from the Government?
 9            MR. FRANZINGER:  Yes, Your Honor.  I will note for the
10   Court that father of the victim B.H. is present in the
11   courtroom today and would now like to read a letter from B.H.
12   For the Court to consider.
13            THE COURT:  Okay.
14            A VOICE:  Good afternoon, Your Honor.
15            This letter is concerning the sentencing of Shelly
16   (this is the nickname that I knew her by).  Please note that
17   some names mentioned in this letter are nicknames, and I am
18   relaying them as I was told.  Please excuse any misspelling of
19   names.)  I ran away from home seeking a place where I could
20   live freely as I chose to.  Red came and gave me a "Pretty Pink
21   Pussy" application.  It was very long, and it asked all kinds
22   of questions like what I wanted my name to be, what kinds of
23   illicit and degrading sexual things I was willing to do, like
24   if I was okay with having people urinate on me, or if I would
25   have oral sex, et cetera.  Star told me to talk to Red and tell
```

9

 1    him my situation, so I did.  I told him that I was a minor,
 2    that I had run away and that I was seeking a place to live and
 3    make money.  He told me he'd take care of me, and that I could
 4    move in the "boom boom room," where Star and Tayne stayed.
 5    That was really disgusting, because that's the room where all
 6    the girls went the perform sexual favors, and the sheets were
 7    never washed.
 8           I was told that I had to complete the application
 9    requirements now.  He then took me into his and Shelly's room,
10    which had a bolt lock.  Shelly was in the room, laying in the
11    bed.  Her and Red explained to me that they had to take naked
12    pictures of me to send out to clients via cell phone.  Then, I
13    had to have sex with him while Shelly watched.  She kind of
14    directed it while she masturbated, telling us what to do and
15    how to move and stuff.  That really freaked me out; I was very
16    disgusted and completely uncomfortable.  She acted like we were
17    her own personal porno, and I felt very exposed.  I couldn't
18    understand how a woman was comfortable watching her husband
19    have sex with a minor, and how she was okay with him allowing
20    me to live in their house as a runaway.
21           Red and Shelly both told me that I would be a porn
22    star.  Shelly suggested it, and started the conversation.  I
23    think it was supposed to be some kind of compliment, but it
24    just made me feel that much more uncomfortable.  I felt like I
25    was on display for these people.  I thought Red was sick-minded

10

1  because he wanted to have sex with a 16 year old girl, but I
2  thought Shelly even more considering she was older then my
3  mother and had kids.  It blew my mind that she could see a
4  child in the way she looked at me; as a sex object or an icon.
5        Star told me to remember to say hi to Shelly whenever
6  she walked out of the room.  She told me that whenever Shelly
7  wasn't acknowledged, she got very angry.  After hearing that, I
8  felt intimidated by her, and I made sure to always act like I
9  was happy to see her.  I felt like if I messed up or made her
10  angry, she would tell Red to make me leave.
11        I was told that Git and Shayee were Red and Shelly's
12  children.  They both had active roles in the house, and that is
13  absolutely appalling.  When they'd come home from school,
14  they'd hang around the house.  When the night began and people
15  started to arrive, they would be there hanging out or making
16  and serving drinks.  That still breaks my heart today.  They
17  are so young, and they have been raised in a horrible
18  situation.  Their parents obviously don't care about them; in
19  fact, they encouraged it. They were learning the lives -- they
20  were learning to live the lives of their family.  Shelly's
21  daughter, Nuni, was one of the prostitutes in the house, and
22  Shelly was okay with it.  I remember her joking about not
23  wanting to see her daughter "like that," covering her eyes in
24  mock disgust, when Nuni was dancing on a guy, and it made me
25  sick.  I fail to understand how a mother can allow her child to

1   prostitute herself.  I want all of them to know that this is
2   not the way life is supposed to be, and that they are much
3   better than -- and that they are much better than all of that.
4   Actually, the kids were the main reason I decided to file my
5   original police report; I couldn't sit here and know that they
6   were being exposed to that without having a guilty conscience.
7   I had to do something about it.
8           One morning, I woke up because I was extremely
9   thirsty.  Shelly was awake and called me over to talk to her.
10  I really wanted to go back to sleep, but I didn't want to make
11  her angry.  After sitting for some time while she was watching
12  pornography, she said in slang terms that she wanted to perform
13  oral sex on me.  Everything inside of me wanted to run in the
14  opposite direction as fast as I could, but my mind screamed to
15  me that I couldn't.  I had to comply in order to survive on my
16  own.  She took me into the room that adjoined with her and
17  Red's room, and I just wanted it to be over.  Concerning my
18  time at Red's house, this is the most difficult thing for me to
19  talk about.  When I think back, I cringe inside, and I feel
20  nauseous.  I wish I had never let her touch me, and though I
21  forgive myself for my choices, I still harbor this memory.
22          After it was over, I went and took a shower so maybe
23  somehow I could feel clean.  To my dismay, I still felt filthy
24  and violated.  To make matters worse, when I got out, Shelly
25  told me that she talked to Red and now I had to go have sex

12

1    with him.  It felt like a recurring nightmare; I just felt like

2    I kept losing bits and pieces of myself as I walked into that

3    room.  Just like my first day at Red's, I had sex with Red as

4    Shelly watched, directed, and masturbated.  At this point, I

5    just wanted to cry, but I knew I had no choice.

6         I am aware that I am supposed to give my input on what

7    Shelly's sentence should be, but I honestly couldn't give a

8    valid opinion on time length or anything of that sort because

9    I'm so uneducated in this subject.  However, I do believe that

10   she, as well as everyone else involved should go to prison for

11   some length of time.  She willingly took part in this activity,

12   and for that, justice must be served.  However, I do not

13   believe that she is not to be pitied.  There is obviously

14   something that influenced her poor decisions; something lurking

15   in her past or her mind that made her render this lifestyle as

16   permissible.

17        I don't harbor any hatred or malice towards Shelly.

18   In fact, quite the opposite.  I want her to receive healing,

19   and realize that she has so much more to offer than what she

20   sees in herself.  I want her to know that there is another way

21   to life that will bring fulfillment and complete satisfaction,

22   and it breaks my heart to think that she may never have that.

23   My request would be that, whatever happens, she somehow goes

24   through a faith-based (phonetic) program.  I am currently

25   enrolled in a faith-based based program, and I can honestly

13

1    tell you that I am not the same person I was when I walked

2    through these doors.  I don't even know who that girl is

3    anymore.  I found forgiveness for myself, and for all those who

4    have harmed me, including those I met at Red's house.  I want

5    Shelly, and all of the others convicted, to experience the same

6    healing I have, and realize that they may not have -- I realize

7    that they do not have to be the person that they have to be --

8    that they been.  It is my understanding that certain

9    faith-based based program workers are able to teach the

10   curriculum in prison, so that is a possible idea.  Another idea

11   is that, at the end of the prison sentence, Shelly would be

12   required to complete a faith-based program in its entirety.  I

13   honestly believe that this is the only way to bring about a

14   genuine change in her, as it has in me.

15            Thank you.

16            THE COURT:  I appreciate your being here today.

17            Anything further?

18            MR. COHEN:  May I just make a couple of comments?

19            THE COURT:  Sure.

20            MR. COHEN:  Judge, I have never met B.H., and I am

21   sure that she went through quite an ordeal.  And as a father,

22   stepfather and grandfather of girls (phonetic), I am not in any

23   way belittling what happened to her.  But we have not had a

24   chance to confront her.  We are not denying most of the

25   activity that she alleges took place.  The only factual dispute

14

1    that we do have is the fact concerning the experience of oral

2    sex, which significantly was not mentioned in B.H.'s original

3    letter to the police when she first became involved in this

4    case.

5         But regardless of whether that happened or not, I

6    would point out even at her young age she indicated that there

7    was something that influenced Ms. Harris' poor decision,

8    something lurking in her past or her mind that made her render

9    this life-style as permissible.  And also she indicated that

10   there is something going on, a dependency there, which pretty

11   much supports in many ways our presentation to the Court.

12        Now, the only other point that we would dispute is the

13   fact that B.H. says that the childrens' parents obviously do

14   not care for them.  Obviously they do.  And I think that their

15   presence here today is indicative of that.

16        THE COURT:  Well, I think Mr. Mozie is set for trial

17   in a couple of weeks.  So my guess is the Government may very

18   well be calling B.H. to testify at that trial.

19        So talk to your client about whether or not she wants

20   to object to B.H.'s letter being read without her having the

21   opportunity to cross examine it, and if she objects, then I may

22   ask the Government -- if they want me to consider that -- to

23   ask Ms. -- the victim to come in and reset the sentencing.

24        MR. COHEN:  Judge, we are willing to proceed with the

25   sentencing today.

15

1          THE COURT:  That's okay with you, Ms. Harris, not to

2    force B.H. to come in, not to have the opportunity to cross

3    examine her, and for me to consider the letter that her father

4    read?

5          THE DEFENDANT:  Yes.

6          THE COURT:  You have had enough time to think about

7    that and talk about it with lawyer?

8          THE DEFENDANT:  Yes.

9          THE COURT:  Anything further before I impose

10   sentence?

11         MR. COHEN:  Not for the defense, Judge.

12         THE COURT:  Anything further from the Government?

13         MR. FRANZINGER:  Your Honor, just briefly.

14         As you can see, the Government made no effort to

15   contest Mr. Cohen's submissions regarding Ms. Harris'

16   psychological profile, her psychological background.  There is

17   a reason for that.  It is quite clear that she has had a hard

18   life and some severe challenges in that regard.  So it really

19   is not surprising that she ended up under the spell of someone

20   like Mr. Mozie.  But what is concerning is that after all this

21   she still characterizes him as wonderful and really, really

22   smart.  That being from the defense psychological submission.

23         At some point in this case alarm bells really should

24   have gone off regardless of what one's background is when Mozie

25   began to migrate the business of the brothel towards minors.

16

1    These are the same age as her own children, Your Honor.

2           The seriousness of this conduct is clearly reflected

3    in the ten-year mandatory minimum.  This is not the worse case.

4    There is no force, fraud or coercion in evidence.  We did not

5    discover any in the course of our investigation.  But it's not

6    the mildest either.  And you can see that in the guideline

7    range that the parties negotiated through the course of the

8    plea deal.

9           We appreciate her pleading guilty, but as based

10   (phonetic), this is still a crime of exploitation.  This is one

11   where young girls were sold to adult men for sexual purposes.

12   In B.H.'s words in her letter, it blew her mind that she was

13   viewed as a sex object.

14          But, Your Honor, in this case it is worse than that.

15   She was treated as property.  She was sold as such, treated as

16   a human object of commerce, and that is dehumanizing at its

17   lowest level.  And for that reason, Your Honor, the Government

18   requests a sentence within the guideline range.

19          THE COURT:  Anything further before I impose sentence?

20          MR. COHEN:  No, sir.

21          THE COURT:  All right.  Having considered the

22   Sentencing Guidelines, having considered the factors in 18

23   United States Code, Section 3553(a), it's up to the Court to

24   determine what a reasonable and sufficient sentence is.

25          And I find that the psychological report is a

17

1    mitigating circumstance.  I find that what Ms. Harris has

2    suffered in the past is a mitigating circumstance, both the

3    fact she was a victim of sexual abuse and the fact that she has

4    had mental health issues for a long time.

5         But I also have to take into account the nature and

6    the circumstances of the offense.  This is an egregious

7    offense.  There aren't many crimes that are more serious and

8    more disturbing to society than this type of a crime.  And I

9    think it's important to reflect the seriousness of the offense

10   and to promote respect for the law to provide just punishment

11   for this type of offense.

12        Also it's important that there be a deterrent factor

13   so that other individuals perhaps aren't going to think --

14   perhaps are going to think twice before they facilitate minors

15   being used for prostitution.

16        So when I consider all the factors, when I consider

17   the aggravating circumstances of the offense, the need to

18   provide adequate deterrence and promote respect for the law, I

19   think a sentence within the guideline range is appropriate.

20        I think that the mental health issues deserve some

21   consideration.  But overall it seems to me that this case

22   really cries out for a sentence that affords an adequate

23   deterrent to this type of conduct.

24        So when I balance those two, to me a fair and just

25   sentence in this case is 156 months.  So it will be the

18

1   judgment of the Court and sentence of law that Ms. Harris be

2   sentenced to 156 months in prison.

3           Upon her release from prison I place her on five years

4   of supervised release.  While on supervised release she shall

5   not commit any crimes.  She shall be prohibited from possessing

6   a firearm or other dangerous device.  She shall not possess any

7   controlled substances.  She shall comply with the standard

8   conditions of supervised release, including the special

9   conditions that she maintain a daily log of all addresses or

10  sites accessed via any personal computer or computer used by

11  her, other than for authorized employment, and make this log

12  available to the probation officer.

13          I order that she get a mental health evaluation and

14  successfully complete any treatment deemed necessary and

15  contribute to the costs of the treatment based on an ability to

16  pay.

17          I order that she get a drug and alcohol evaluation and

18  successfully complete any treatment deemed necessary and

19  contribute to the costs of the treatment based on an ability to

20  pay.

21          I order that she submit to a reasonable search of her

22  person or property conducted in a reasonable time and manner by

23  her probation officer.

24          I order that she have no unsupervised contact with

25  minors under the age of 18 or with any of the victims in this

19

1   case.  And that would include no computer contact with minors

2   under the age of 18 or the victims in this case.

3        I order that she not be employed in a job requiring

4   contact with minors under the age of 18 or the victims in this

5   case.

6        I order that she not be involved in any children's or

7   youth organizations.

8        I order that she participate in any sex offender

9   treatment program deemed to be appropriate and contribute to

10  the cost of the treatment based on an ability to pay.

11       I order that she submit to periodic unannounced

12  searches of her person, property, house, residence, vehicles,

13  papers, computers by the Probation Department, including any

14  copy of any data that may be retrieved from the computers.

15       I order that she comply with the registration

16  requirements of the Sex Offender Registration Act as directed

17  by the Probation Department, the Bureau Of Prisons or any state

18  sex offender registry agency in which she may reside, work, be

19  a student or convicted of a qualifying offense.

20       I find that she is not able to pay a fine.  I waive

21  the fine; impose a $100 special assessment.

22       Ms. Harris, it's my duty to inform you that you have

23  14 days within which to appeal the judgment and sentence of

24  this Court.  Should you desire to appeal and be without funds

25  with which to prosecute an appeal, an attorney will be

20

1   appointed to represent you in connection with that appeal.

2           Should you fail to appeal within that 14-day period,

3   it will constitute a waiver of your right to appeal.

4           But my understanding is that there was an appeal

5   waiver in this case, is that correct?

6           MR. COHEN:  Yes, Judge.

7           MR. FRANZINGER:  Yes, Your Honor.

8           THE COURT:  Also it's my duty to elicit from counsel

9   for all parties fully articulated objections on the Court's

10  findings of fact and conclusions of law as announced at this

11  sentencing hearing and to further elicit any objection which

12  any party may have to the manner in which sentence was imposed

13  in this case.

14          Are there any objections from the Government?

15          MR. FRANZINGER:  No, Your Honor.

16          THE COURT:  Mr. Cohen?

17          MR. COHEN:  Judge, we have no objections.

18          Would the Court consider a modification to one of the

19  conditions of supervised release to allow her unsupervised

20  contact with her grandchildren if they are forthcoming?

21          THE COURT:  I am concerned about that because her

22  children were present during these criminal activities.  I

23  think that when she gets out of prison and when -- and if

24  that's a request, that she can make that through the Probation

25  Department and then at that point it may be allowed.

21

1          MR. COHEN:  Yes, sir.

2          We have no other objections.

3          THE COURT:  All right.  The Marshal will execute the

4     sentence of the Court.

5          Good luck to you, Ms. Harris.

6          I appreciate everybody coming in today.

7          MR. COHEN:  Judge, we did have a request.  I am

8     sorry.  Maybe I should have stated it earlier.

9          THE COURT:  Okay.

10         MR. COHEN:  Ms. Harris obviously needs drug

11    treatment.  They do have the 500-hour RAD Program at FCI

12    Tallahassee, which is a women's facility.  We would ask for a

13    recommendation to that facility.

14         THE COURT:  The Government's position?

15         MR. FRANZINGER:  No objection, Your Honor.

16         THE COURT:  All right.  I will recommend the 500-hour

17    drug program.  I will recommend the Tallahassee facility,

18    realizing those recommendations are persuasive, not controlling

19    on the Bureau Of Prisons, but I make them for whatever they are

20    worth.

21         Good luck to you, Ms. Harris.

22         MR. COHEN:  Thank you, Judge.

23    (Proceedings concluded at 1:47 p.m.)

24

25

22

1

2                         REPORTER'S CERTIFICATION

3

4        I hereby certify that the foregoing is a true and accurate

5    transcript of the proceedings recorded by me and reduced to

6    typewriting at my direction.

7

8

9                              Court Reporter

10                             Robert Ryckoff

11                             /S/ Robert Ryckoff

12

13                             Date: 11-28-12

14

15

16

17

18

19

20

21

22

23

24

25